IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SELMA DIVISION

| | |
|---|---|
| **BRENDA PICKENS and** <br> **DOROTHY CHAMBERS,** <br><br> Plaintiffs, <br><br> v. <br><br> **AMERICAN CREDIT ACCEPTANCE, LLC** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    **Case No. 2:14-CV-00201** <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW plaintiffs Brenda Pickens and Dorothy Chambers ("Plaintiffs") and defendant American Credit Acceptance, LLC ("Defendant"), by and through their attorneys, pursuant to Fed. R. Civ. P. 41, and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiffs against Defendant in the above-styled action, with Plaintiffs and Defendant to bear their own fees, costs and expenses.

Respectfully submitted this 13th day of January, 2015.

*/s/ Brian Spellen*
Brian Spellen

THE TRINITY LAW GROUP, LLC
1933 Richard Arrington Jr., Blvd. S.
Suite 233
Birmingham, AL 35209
Tel: (205) 820-9474
Fax: (205) 776-2695
brian@thetrinitylawgroup.com

Attorney for Plaintiffs
BRENDA PICKENS AND DOROTHY CHAMBERS

22479248 v1

                      */s/ E. Jordan Teague*
Matthew T. Mitchell
E. Jordan Teague

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone:  (205) 251-3000
Facsimile:  (204) 458-5110
mmitchell@burr.com
jteague@burr.com

Attorneys for Defendant
AMERICAN CREDIT ACCEPTANCE, LLC

22479248 v1